AO 442 (Rev. 11/11) Arrest Warrant

#4625843

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Curtis Pulaski

*Defendant*

)
)
)
)
)
)
)

Case: 1:23-mj-00361
Assigned To : Faruqui, Zia M.
Assign. Date : 12/20/2023
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Curtis Pulaski _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 12/20/2023

*Zia M. Faruqui*
*Issuing officer's signature*

City and state:    Washington, D.C.        Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/20/2023, and the person was arrested on *(date)* 12/21/2023
at *(city and state)* Grand Rapids, Michigan.

Date: 12/21/2023

*Arresting officer's signature*

SPECIAL AGENT ROBERT BILLINGTON
*Printed name and title*