IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-CR-103 (TJK) |
| v. | : | 40 U.S.C. § 5104(e)(2)(D), (G) |
| **CURTIS PULASKI,** | : | |
| **Defendant.** | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Curtis Pulaski, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. Defendant Curtis Pulaski traveled from Grand Rapids, Michigan to Washington, D.C. to attend the Stop the Steal Rally on January 6, 2021. Pulaski was wearing, among other things, a dark jacket, a red knit cap, and at times, a black-and-white face mask, as depicted in Image 1 below.



*Image 1: Pulaski (circled) inside the U.S. Capitol on January 6, 2021*

9. Pulaski entered the U.S. Capitol Building via the Lower West Terrace in the mid-afternoon of January 6, 2021. Specifically, Pulaski entered through a broken out window to one of the Low Rooms, also known as ST-2M, to the left of the Tunnel. At that time, rioters on the Lower West Terrace were besieging MPD and US Capitol Police officers in the Tunnel. Pulaski knew that the Capitol building was off limits and he did not have authority to enter.

10. Once inside, Pulaski attempted to assist a rioter in entering the building, as depicted in a publicly posted TikTok video, a still image from which is included below as Image 2. Specifically, Pulaski pulled a stick belonging to the rioter through the smashed-out window, then attempted to pull the rioter through the opening. After the rioter could not fit, Pulaski handed back the rioter's stick.



*Image 2: Pulaski, inside ST-2M, hands back a stick belonging to another rioter through a smashed out window after attempting to assist that rioter to enter the building*

11.     While inside the ST2M, Pulaski picked up and wore a "Trump" flag as a cape around his shoulders. *See* Image 3.  Around this time, Pulaski heard other rioters saying that police had shot and killed someone.



*Image 3: Pulaski (circled yellow) picks up a Trump flag and wears it as a cape inside ST2M*

12.      Nonetheless, the rioters tried to get deeper into the building. Pulaski saw rioters opening a door in ST2M leading deeper into the building, and followed them inside until they encountered another closed door. Pulaski also saw rioters moving furniture, presumably for use as a battering ram, and heard rioters' calls to break the door down. *See* Image 4.



*Image 4: Pulaski (circled) sees rioters move furniture in an attempt to break down the door to ST6M*

13. Rioters ultimately kicked down that door, which led to an office, ST6M. Rioters then began sacking the office. Pulaski went into the office and took a photo of documents on a desk before leaving the room. *See* Image 5.



*Image 5: Pulaski (circled) takes a photo using his phone of documents on a desk*

14. By that time, police had been reinforced and were ordering rioters to leave the Low Rooms, as well as deploying crowd control munitions, such as flashbangs, on the Lower West Terrace.

15. Pulaski remained on Capitol grounds through at least 5:07 p.m. At some point, Pulaski jumped off a wall and injured himself, requiring hospitalization.

16. During a voluntary interview with the FBI, Pulaski said he saw several people attack law enforcement officers and others trying to break the window of the capitol building. Pulaski stated that he entered the Capitol building two times, and that he saw the office described during his second entry. When Pulaski left the Capitol for the second time, Pulaski stated he saw lots of tear gas and became afraid of getting trampled by the crowd, and so he jumped off one of the Capitol walls to the ground level and suffered severe injuries as a result of the fall. Pulaski further stated that he took videos and photos from January 6, but deleted them from his phone

when another individual told Pulaski he could be arrested for his participation in the events of January 6, 2021.

### *Elements of the Offense*

17. The parties agree that Disorderly Conduct in a Capitol Building or Grounds, 40 U.S.C. § 5104(e)(2)(D), requires the following elements:

   a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

   b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

   c. Third, the defendant acted willfully and knowingly.

18. Further, the parties agree that Parading, Demonstrating, or Picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G), requires the following elements:

   d. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

   e. Second, the defendant acted willfully and knowingly.

### *Defendant's Acknowledgments*

19. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he willfully and knowingly engaged in disorderly and disruptive conduct in the U.S. Capitol Building and its grounds with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress—specifically, the Certification of the 2020 Presidential Election. Defendant further admits that he willfully and knowingly paraded, demonstrated, and picketed in the United States Capitol Building.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Michael L. Barclay*
MICHAEL L. BARCLAY
Assistant United States Attorney
New York Reg. No. 5441423
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
Michael.Barclay@usdoj.gov
(202) 252-7669

**DEFENDANT'S ACKNOWLEDGMENT**

I, Curtis Pulaski, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: March 04, 2024

Curtis Pulaski
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 3/4/24

Nabeel Kibria
Attorney for Defendant