## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **Docket No.: 0090 1:24CR00103-001** |
| ) | |
| v. ) | |
| ) | **SENTENCING MEMORANDUM** |
| ) | |
| Curtis Pulaski ) | **Next Event; Sentencing July 23, 2024** |
| ) | |
| ) | **Hon.  Judge Timothy J. Kelly** |
| Defendant. ) | |
| ) | |

Defendant Curtis Pulaski, by and through counsel, respectfully submits this memorandum in support of a sentence of probation.

### I.    HISTORY AND CHARACTERISTICS OF DEFENDANT

Defendant Curtis Pulaski was born in Grand Rapids, Michigan, on June 5, 1994, to the marital union of Curt Pulaski and Michelle Pulaski. His father, age 50, lives in Wyoming, Michigan, and is a manager at Knape & Vogt Manufacturing Company. His mother, age 50, lives with his father in Wyoming, Michigan, and works as an auditor for a medical company. Pulaski's parents have been married for approximately 30 years. He described a positive upbringing with no history of abuse or significant trauma. PSR ¶36.

Mr. Pulaski has one sister and one maternal half-sister born from his mother's prior marriage. His sister, Heather Pulaski, age 34, lives in Michigan, and works in the medical industry. His maternal half-sister, Erica Street, age 39, lives in Michigan, and is unable to work due to a brain tumor. PSR ¶37.

Mr. Pulaski has been married to Rylee Wells, who he has known since middle school, since 2019. Wells, age 28, lives with the defendant and is employed as an assistant manager at a

Carter's retail store. They have one child together, Sebastian Pulaski, who was born on October 25, 2023. Pulaski described an overall positive relationship with his spouse. He reported no history of domestic violence in their relationship. PSR ¶38.

Mr. Pulaski has no other significant relationships or children. He is a lifelong resident of the state of Michigan. He lived with his parents in Wyoming, Michigan, until 2015. He then lived in Grand Rapids from 2015 to 2019, before purchasing a home with Wells in Wyoming, Michigan, in 2019. A home inspection of that residence, located at 3431 Raven Avenue Southwest, revealed a three-bedroom and one- bathroom ranch-style home with an unfinished basement. PSR ¶39.

Mr. Pulaski has been employed at Amphenol Borisch Technologies in Kentwood, Michigan, since 2022. He is a test technician and earns $21.70 working full-time. Mr. Pulaski was employed at EBW Electronics in Holland, Michigan, from 2020 to 2022. He worked as an operator and earned $17 per hour working full-time. He left for a better employment opportunity that was closer to his residence.  Mr. Pulaski reported that he worked for Batteries Plus Bulbs in Grandville, Michigan, from 2017 to 2020. He worked as a technician and earned $15 per hour working full-time. He left for a better employment opportunity. PSR ¶45-47.

Mr. Pulaski is a caring and generous person who cares deeply, not only for, his close friends and family but also for the people in his community, generally. Mr. Pulaski intrinsic nature is to help people and he has a love for animals. He has never sought to harm anyone or inflict any pain of any kind onto others, even those who may have hurt or wronged him in his life.  Throughout his life, he has never been motivated by evil or by malice. He is a man who has always tried to do the right things and conduct himself as god-fearing individual

who has tried his best to abide by the laws of this nation, with a deep respect and kindness for law enforcement and his fellow citizens.

Mr. Pulaski believes in United States Constitution and cherishes the democracy afforded to him under the constitution. Mr. Pulaski is a peaceful, caring man who has never committed any violence in his life, nor has he encouraged violence by others. He does not belong to any terrorist, fringe or violent groups, or any groups whatsoever. Mr. Pulaski did vote for Donald Trump twice, but he is not a Trump fanatic, or a political fanatic. He was unfortunately misguided, and at times spellbound by right wing social media accounts and cable news or right-wing media as many have been and continue to be. Mr. Pulaski has since regretted succumbing to these influences and is horrified by their ongoing influence and affect. He is/was simply a small-town man who between the years of 2014 and 2020 followed the media and news which much of his small community seemed to follow – Fox News. Mr. Pulaski bought the lies sold to him and millions of others for many years and especially in the wake of the 2020 election. Now, again, Mr. Pulaski is horrified by their ongoing misinformation, influence and affect and veers away from any of that. He focuses his time and energy on his work and family, especially his young son.

Mr. Pulaski had no intention, ever, of engaging in the actions which led to his arrest. He came to Washington, DC, from Grand Rapids, Michigan, on January 6th alone because he was led to believe – from his local media and large swaths of the community around him at home- that his vote for Mr. Trump in 2020 had been stolen; that the election had been stolen; that his country and this democracy was being stolen by and illegitimate President. Mr. Pulaski came to Washington, DC not to engage in any activity himself, especially not any type of violent or insidious activity.  He came to DC, for what he thought, would be a presentation of the evidence

that President Trump promised would be on display and to take part in, what he thought would be, peaceful protest and rally at Ellipse.

It was only after the crowd or, by that time, the mob had been charged and activated by extremely powerful and prominent individuals, including the former President, did Mr. Pulaski find himself in the grips of the mob, and what he can only describe as a blind fever, marching towards and onto the Capitol grounds.  Mr. Pulaski did enter the Capitol and did so through a broken window, however he never partook in violence or destruction of property.  Mr. Pulaski did take pictures while in the Capitol and he did delete those pictures that very same day. However, he deleted those pictures that day as he was informed that such activity/taking the pictures was illegal, and he was already ashamed of his actions that day which he came to realize were most definitely illegal.  He did not delete them in any effort to obstruct justice. He did not delete them after being informed of any investigation into him or during any subsequent investigation into him. He simply did not want to be committing an illegal act of having taken the pictures or holding onto them and therefore he deleted them that very day and without sharing them with anyone or the public.

Immediately upon leaving the Capitol, seeing the tear gas and realizing the extent of the riot, the fever subsided in Mr. Pulaski, and he immediately felt shocked and embarrassed at the behavior he had just engaged.  Mr. Pulaski was shocked and embarrassed because this behavior, which he is still struggling to come to terms with, did not reflect his fundamental morals and characteristics in any manner or shape whatsoever.

Mr. Pulaski, nonetheless, has never rejected the fact that regardless of the influence behind his behavior, he still had agency to choose to take these actions; engage in such behavior. He has fully accepted responsibility for his actions and understands that there must be

punishment. However, what he still struggles with, and is embarrassed by, is the fact that he was foolish enough to believe the lies and misinformation that brought him to DC on January 6th and consequently led him to the Capitol.

Mr. Pulaski is not alone in that feeling as he is one of several million people across the world who have fallen prey to and victim to the lies and misinformation that led to January 6th. Lies and misinformation have been used throughout history by many prominent and powerful individuals to manipulate others to achieve certain goals. In the United States, it seems that a new era with these tactics at its core, took flight in 2016, with really no end in sight and a second wave seemingly on the horizon. Americans ranging from the highest levels of success, power, wealth, education, and intelligence have fallen for these lies and misinformation and continue to do so at an alarming rate. Mr. Pulaski is not unique in believing such things, however it is his actions that should be judged and not his beliefs, as our constitution holds.

## II.     OFFENSE CONDUCT

Curtis Pulaski traveled from Grand Rapids, Michigan to Washington, D.C. to attend the Stop the Steal Rally on January 6, 2021. Pulaski was wearing, among other things, a dark jacket, a red knit cap, and at times, a black-and-white face mask. 16. Pulaski entered the U.S. Capitol Building via the Lower West Terrace in the mid-afternoon of January 6, 2021. Specifically, Pulaski entered though a broken-out window to one of the Low Rooms, also known as ST-2M, to the left of the Tunnel. At that time, rioters on the Lower West Terrace were besieging MPD and US Capitol Police officers in the Tunnel. Pulaski knew that the Capitol building was off limits, and he did not have authority to enter. PSR ¶15-16

Once inside, Pulaski attempted to assist a rioter in entering the building, as depicted in a publicly posted TikTok video. Specifically, Pulaski attempted to pull a rioter through a smashed-

out window. After the rioter could not fit, Pulaski handed back the rioter's stick that they had earlier passed into the building. While inside the ST2M, Pulaski picked up and wore a "Trump" flag as a cape around his shoulders. Around this time, Pulaski heard other rioters saying police had shot and killed someone. Pulaski saw rioters opening a door in ST2M leading deeper into the building and followed them inside until they encountered another closed door. Pulaski also saw rioters moving furniture, presumably for use as a battering ram, and heard rioters' calls to break the door down. PSR ¶17-19.

Rioters ultimately kicked down that door, which led to an office, ST6M. Rioters then began ransacking the office. Pulaski went into the office and took a photo of documents on a desk before leaving the room. By that time, police had been reinforced and were ordering rioters to leave the Low Rooms, as well as deploying crowd control munitions, such as flashbangs, on the Lower West Terrace. Pulaski remained on Capitol Grounds through at least 5:07 p.m. At some point, Pulaski jumped off a wall and injured himself, requiring hospitalization. PSR ¶19-21.

### III.    GUIDELINES CALCULATION

The offenses Mr. Pulaski was charged with and have pleaded guilty are considered Class B Misdemeanors and do not fall within any sentencing guidelines/are outside of the guidelines. Pursuant to USSG §1B1.9, the US Sentencing Guidelines do not apply to any count of conviction that is a Class B or C misdemeanor or an infraction. Accordingly, the US Sentencing Guidelines do not apply to Count Three or Count Four in this case.  PSR ¶126.

In Defendant's Presentence Report, the Probation Office determined Pursuant to USSG §1B1.9, the sentencing guidelines do not apply to any count of conviction that is a Class B or C misdemeanor or an infraction. PSR ¶30.

### IV. MR. PULASKI'S SENTENCE

In light of the Supreme Court's decision in United States v. Booker, 543 U.S. 220 (2005) and its progeny such as Rita v. United States, 551 U.S. 338 (2007), Gall v. United States, 552 U.S. 38 (2007), and Kimbrough v. United States, 552 U.S. 85 (2007), the basic framework for sentencing now settled. First, the Court must determine the now-advisory Sentencing Guidelines range. Gall v. United States, 552 U.S. at 46 (which in this case there are none as the offenses charged with and pleaded to are Class B misdemeanors that do not fall within the guidelines). Second, the Court must undertake its overarching statutory charge to impose a sentence that, considering "the nature and circumstances of the offense and the history and characteristics of the defendant," is "sufficient, but not greater than necessary":

> (A) to reflect the seriousness of the
> offense, to promote respect for the law, and
> to provide just punishment for the offense;
>
> (B) to afford adequate deterrence to criminal conduct;
>
> (C) to protect the public from further crimes
> of the Defendant and
>
> (D) to provide the Defendant with needed
> educational or vocational training, medical
> care, or other correctional treatment in the
> most effective manner.

18 U.S.C. §§ 3553 (a), 3553 (a)(1), (2).

Third, the Court should also consider "the kinds of sentences available . . . any pertinent Sentencing Commission policy statement the need to avoid unwarranted sentence disparities among similarly situated defendants . . . and, where applicable, the need to provide restitution to any victims of the offense." United States v. Cavera, 550 F.3d 180, 188-89 (2d Cir. 2008), cert.

denied, 556 U.S. 1268 (2009) (citations omitted); 18 U.S.C § 3553(a)(6). United States v. Davila-Gonzalez, 595 F.3d 42, 46 (1st Cir. 2010).

The Court's overall goal should be to impose a reasonable sentence, see, e.g., United States v. Guzman, 287 Fed. Appx. 956, 957 (2d Cir. 2008), and when considering the sentencing factors outlined in § 3553(a), "the judge is not prohibited from including in that consideration the judge's own sense of what is a fair and just sentence under all the circumstances." United States v. Jones, 460 F.3d 191, 195 (2d Cir. 2006).

Finally, the United States Supreme Court has noted "[i]t has been uniform and constant the federal judicial tradition for the sentencing judge to consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and the punishment to ensue." Koon v. United States, 518 U.S. 81, 113 (1996).

### a. Acceptance of Responsibility for the Crimes

Mr. Pulaski has fully accepted responsibility for his crimes, and he shows sincere remorse. He did not resist his arrest or any part of the criminal process. He fully admitted that what he did was wrong, and he is fully accountable for his charged conduct. An examination of the PSR shows that he realized that his actions were wrong, and his remorse is significant and authentic. Mr. Pulaski has made it clear that he wants to do anything he can to redress his wrongdoing. Mr. Pulaski has voiced his desire to actively engage in groups and roles as soon as he can to educate others about his experience in order to prevent another January 6th , and from others making the same foolish mistakes he has made; prevent others from believing the lies and misinformation of others for nefarious purposes.

### b. Need for Deterrence.

The need for deterrence and the need to protect the public from future crimes, 18 U.S.C. § 3553(a)(2)(B)(c), applies strongly in this particular case.

General or indirect deterrence focuses on the general prevention of crime by making examples of specific deviants. The individual actor is not the focus of the attempt at behavioral change, but rather receives punishment in public view in order to deter other individuals from deviance in the future. While incarceration increases the deterrent effect of a sentence on others, "interest in general deterrence could [not] only be served by incarceration."  <u>United States v. Prosperi</u>, 686 F.3d 32, 48 (1st Cir. 2012).

First, the fact that Mr. Pulaski, is non-violent offender with very limited criminal history (misdemeanor dui, traffic citations and misdemeanor petty theft -not paying for a beverage) will have a federal conviction on his record, for life, which will affect his life in extremely significant manners (the ability to get a job, a loan, travel freely, etc.) serves as a powerful deterrence for the Defendant and sends a clear message to society that such behavior will not be tolerated by law enforcement and courts.

Second, Mr. Pulaski as a non-violent offender with very limited criminal history (dui, traffic citations and misdemeanor petty theft -not paying for a beverage), and it is extremely unlikely that he will ever commit any further crimes given his current experience with this matter – a federal conviction on his record for life, his continuing maturity, and his clear desire to avoid troublesome situations, especially as a new father. As an offender with limited criminal history, with a significant role in his family, and full acceptance of responsibility, there is nothing to suggest that Mr. Pulaski poses any threat or risk of committing another criminal offense.

This sentencing memorandum will include (at the end as exhibits) character letters submitted on behalf of Mr. Pulaski.  These letters conclusively demonstrate the aberrant nature

of his conduct that landed him before this Court; they discuss not only his genuine remorse but also the unlikelihood of committing future crimes. Also included is an apology letter to the court written by Mr. Pulaski himself.

Third, the apology letter written by Mr. Pulaski to the court, to law enforcement and to the people of the country demonstrates Mr. Pulaski's deep remorse and also his desire to never engage in any offensive conduct again, let alone criminal conduct.

Overall, given the circumstances of this matter, the goals of general and specific deterrence have already been accomplished in this matter without unnecessary significant additional incarceration.

### c. Personal Characteristics of Defendant

Mr. Pulaski has very strong family ties. His family, relatives, and friends fully supported him immediately after his arrest. He is a proud husband of a wife who desperately needs his financial and emotional support and guidance. See, e.g., United States v. Chambers, 885 F. Supp 12, 15 (D.D.C 1995) ("family circumstances do not decrease the Defendant's culpability for her crime, they nevertheless play a role in the Court's consideration on sentencing. Causing the needless suffering of young, innocent children does not promote the ends of justice.").

The attached letters from Mr. Pulaski's family members and friends indicate their unconditional support during this ordeal. In those letters, Mr. Pulaski is characterized as a good husband, a good employee and a good man in general who does not reflect the actions which brought him in front of this court in any manner shape or form.  The letters make it increasingly clear that Curtis Pulaski is a good, peaceful, god-fearing, law-abiding citizen who would never hurt others or intentionally take part in offensive or criminal conduct.

Mr. Pulaski and his wife have one new child together, a baby boy.  Mr. Pulaski's wife and child depend and rely on Mr. Pulaski physically, emotionally, and financially and vice versa. It is critical to note that the presence of Mr. Pulaski is crucial for Mrs. Pulaski's mental and emotional well-being. As such, Mr. Pulaski's return to his wife is crucial for Mrs. Pulaski's mental, emotional, and financial well-being.

The nature of the offense, Mr. Pulaski's personal characteristics, his immediate responsibility for actions and offenses, clear remorse, limited criminal history, and family circumstances strongly favor the imposition of a probationary sentence. Please keep in mind that Mr. Pulaski's sentence would affect not only his life but also the lives of his vulnerable wife and child, who desperately need his assistance, guidance, and love.

Mr. Pulaski's life has been rocked by his actions and their consequences.  He has been arrested, charged and convicted for actions and behavior that he, himself, was shocked and embarrassed by – actions and behavior which he still has difficulty comprehending as to how he allowed himself to engage in. Mr. Pulaski has realized and admitted his mistakes from the moment he left the Capitol on January 6, 2020.  He has learned his lessons (and continues to learn and educate himself), and the sentence of only probation would help him to build an honest and decent life with his wife and child.

Mr. Pulaski asks this court for mercy and to allow him to begin to find a way to become a resource in society that will work to prevent others from committing the same mistake by informing and educating others about misinformation, and how to sperate truth from lies and deception used by powerful individuals, targeted towards common people, to do their bidding. Mr. Pulaski also wants to work with others to ensure that his fellow citizens understand the American democracy and how to properly voice disagreements, fear, anger, anxiety.  Mr. Pulaski

would like to actively be involved in roles where he can help ensure that another January 6th never happens again.

## **<u>CONCLUSION</u>**

For all these reasons, Mr. Pulaski respectfully requests that the Court impose a sentence of probation. This sentence would be sufficient but not greater than necessary to achieve the goals and dictates of 18 U.S.C. § 3553. It is also the official recommendation of the US Probation Office and the US Probation Officer – Daniel Whitmoyer- who filed the official Presentence Report (PSR) that Mr. Pulaski be sentenced to a term of probation. We concur.

In support of this sentencing memorandum and the sentence sought within it, seven exhibits (labeled Exhibit 1-7) have been attached/filed with this memorandum.  These exhibits are character letters written on behalf of Mr. Pulaski by family, friends and even employers.  The exhibits also include an apology letter written to the court by Mr. Pulaski himself.

Respectfully submitted,

/s/ Nabeel Kibria, Esq.

_____
Nabeel Kibria
800 Connecticut Avenue, NW
Suite 323
Telephone: 202.698.4439
Email: nabeel@ervinkibrialaw.com

Attorney for Defendant Curtis Pulaski

Dated: July 18, 2024

cc:

Clerk of the Court  (by ECF)
All counsel of record (by ECF)

# **EXHIBIT 1**

**Apology Letter to the Court by Defendant Curtis Pulaski**

To the Honorable Timothy J. Kelly and The United States of America,

I would like to start off by apologizing for my actions that I committed on January 6th. My actions, although non-violent, contributed to the damage of our Republic and our democratic elections. I am deeply regretful and remorseful for not only the order that I contributed in disrupting, but also to the citizens of Washington DC, the capitol police who valiantly and bravely defended against the violence, and the rest of the United States populace.

I fear for the future of our country; not only the next transition of power in 2024 or 2028, but for future transitions of power that, hopefully, January 6th did not set a precedent. The violent, heinous actions of the individuals that were surrounded by me was intoxicating and caused me to take actions that I would never normally take.

I have had a lot of time to think about that day. After suffering from my jump away from the crowd that would not succumb to the orders and force of the Capitol Police, I suffered a broken spine and shattered foot; which caused me to be bedridden for 6 months. I still live with the physical pain to this day. I carry this pain with shame and let anyone in my community know what really happened on January 6th. This was not a peaceful protest as much as some of us participants would have liked it to be. It was a violent riot that I am ashamed to have taken part in.

I denounce every single violent participant on this day. I denounce every narrative perpetuating this to be a peaceful protest and ignoring the blatant violence of that day for political means.

I would like to thank the Capital police for defending our Capital on January 6th. I would like to thank Congress and Mike Pence for executing the transition of power. I would like to thank the FBI, prosecutors, and judges for their diligence and hard work on delivering justice.

Since the event, I have become a Test Technician for a reputable company that builds electronics for our military and defense abroad. I have also had the incredible opportunity to become a father to my beautiful son, Sebastian. I plead to be able to continue to provide for my family in this position as the primary breadwinner for us 3. For this I ask for leniency in my sentence.

Finally, I would like to thank the Court for hearing my words. This has been a burden on my heart and I am glad I have finally been able to publicly share it. I ask for mercy from this court.

Thank you.

To whom this may concern:

My name is Michael Reid. I live in Caledonia, Michigan. I am a lifelong resident of Michigan born and raised here. I had the privilege to work with Curtis Pulaski as his direct supervisor for about 2 years at Amphenol Borisch Technologies. Curtis was a highly respectful, honest and hardworking employee. Over the time working with Curtis, I came to know him as a good human being, a great husband and most recently a new father who wants the best for his family. Momentary decisions can often reshape our lives and consequences for those decisions certainly will as well, but these decisions need not define who we are. If that were so than many of us would be something other than we are today. Curtis has a good heart; he is a good man, and my prayer is that this decision would not define him for the rest of his life. He has more to offer this world through his work in the defense and aerospace business supporting our military personnel and allies with much needed items. He has a wife and child that need him present with them, to support them and love them. He is more than a momentary decision.

Thank you for taking the time to read this brief letter.

Sincerely,

Michael V. Reid

3/5/2024

# EXHIBIT 2

**Letter in Support of Defendant**

June 6, 2024

To The Honorable Timothy J. Kelly,

I am Michelle Pulaski and I am Curtis (CJ) Pulaski's mom. I have had the privilege to raise him alongside his father and my husband, Curt Pulaski, in our home we have owned for 31 years. Curtis grew up in a loving, stable and supportive home with both of his natural parents and two older sisters, where he was afforded many opportunities.

For me, January 6, 2021 started like any other day. However, late in the afternoon everything changed; I received a call from Curtis that he was in Washington DC at the Capitol, was injured and being loaded into an ambulance. I was very saddened for our great nation to find out about what was happening at the Capitol and even more saddened and deeply disappointed to hear that my son, Curtis, was involved in the events of that day. I respect and understand that Curtis pleaded guilty to the crimes that he committed that day at the Capitol.

I want to share a little bit about Curtis as a person. From the time he was a small child, he has always been kind and compassionate. He keeps to himself, has a very small circle of friends and has always been very interested in computers and the internet. He has used his computer skills to help friends and family members, especially his grandma, to set up their computers or fix/build computer systems. He is very patient when showing or explaining the problems he's found and teaching people how to not encounter the same computer problems in the future. Curtis got his first job when he was a teenager and has not stopped working since. He has applied for and received jobs of increasing responsibility throughout his 20's. He currently holds a steady full-time job on 2nd shift as a Manufacturing Technician where he uses his mechanical and computer skills daily. Curtis met his wife, Rylee, when they were in high school and they have been building their life together for the past 15 years. They are homeowners, have pets, and have recently become parents to my beautiful grandson, Sebastian, who was just born this past year, in October 2023. Curtis is the primary breadwinner and provider for the household and does a great job managing his money to ensure all the bills are paid on time and his wife, child and pets are taken care of. Curtis' wife, Rylee, works in retail so he is fully responsible for watching his son in the mornings during the weekdays she works and on the weekends while she works up to 10 hours/day. He has his priorities in order and is an amazing person who made a mistake. He is loved very much and supported by all his family.

Since January 6, 2021, Curtis has expressed deep regret for his actions on that day. When I talk to him about this, he immediately looks to his future, his wife and child and reflects on how his actions have, and are going to, affect their lives. He knows what he did was wrong and has stated he

# **EXHIBIT 3**

**Letter in Support of Defendant**

will fully accept the outcome of the sentence. He is embarrassed about his crimes and has said he wished he never would have gone there that day. He will forever be reminded of his mistakes due to the pain he will endure for the rest of his life because of his injuries. He has already learned a hard lesson and understands he deserves whatever consequences that the Court see fit. He remains compliant with all the requirements of his probation, which has been ongoing since he plead guilty to the charges.

I am asking the Court for leniency in sentencing so that Curtis can continue to be a productive member of society, keep his job, support his family as husband and father and pay his bills. I am confident that you will not regret it if you grant the leniency I am requesting. I am available via the contact information below to confirm any of the details that are contained in this letter.

Thank you for taking the time to read this letter and for your consideration of my request.

Sincerely,

Michelle Pulaski

Phone: 616-430-7043

Email: michelle.pulaski@aspensurgical.com

# EXHIBIT 4

**Letter in Support of Defendant**

Date: June 5, 2024

To:  The Honorable Timothy J. Kelly

I am Curt Pulaski and am Curtis Pulaski's dad. I have had the privilege to helping raise Curtis his whole life and have helped guide him through good times and tough times. I know Curtis to be respectful, helpful, and all around a great young man.

I was very disappointed to hear that Curtis was involved with the criminal acts that happened at our Capitol on January 6. I respect the fact that he has plead guilty to a couple of crimes. This visit to the Capitol has been very trying times for all of us. Beside the crimes committed and the consequences before him, Curtis was injured quite bad. He fell and injured his back and his foot. He now has hardware in both.  One reason I want to tell you this is he will always be reminded every day with the memories of all his legal issues and the physical pain and injuries that happened that day. I feel confident that this type of thing will not happen again. Also, I would like to give you a fuller picture of who Curtis is.  Curtis has always been kind of a quiet guy growing up, usually keeping to himself.  He likes to play games on the computer, and loved to fix them when something went wrong. He has now built his own computer and has helped us out a few times when something was wrong with ours.

Curtis is now a proud new dad to a little boy Sebastian, who is now 8 months old.  Now he has lots of new duties that come with raising kids. (I just hope he does not have to write any letters like this.)

Curtis does have a full-time job and has been employed for many years and has not stopped working.  Curtis is married to his high school sweetheart Rylee, and they have a home together that they both work very hard to support and raise their son in.  They do work together on working opposite shift so they can minimize daycare to support themselves.

I want to take a moment to thank you for taking your time reading my letter. If I could ask that you take into consideration the facts of who Curtis is and the people that care about him and are relying on him to help them in life. Mainly his son Sebastian and his wife Rylee. Curtis really is one of the good guys, and I love him.  I am available if you should require any more information.

Sincerely,

Curt Pulaski

Name: Curt Pulaski

Address: 3713 Raven Ave, Wyoming MI  49509

Phone: (616) 893-4506

Email:  Curt.Pulaski@yahoo.com

# EXHIBIT 5

**Letter in Support of Defendant**

June 28, 2024

To The Honorable Timothy J. Kelly

I am writing to you as the sister of Curtis J. Pulaski, who has pled guilty to charges related to the events of January 6, 2021, at the United States Capitol. I respectfully request your consideration for leniency in his sentencing.

My brother deeply regrets his actions on that day. He has expressed sincere remorse for his involvement and understands the gravity of his mistakes. Since the incident, he has taken significant steps to educate himself about the impact of his actions and has shown a genuine desire to make amends.

In the time since the events of January 6, Curtis has become a devoted father and has maintained a full-time job. He has embraced the responsibilities of parenthood with dedication and care, providing a stable and loving environment for his children. His commitment to his family and work is a testament to his character and his determination to rebuild his life.

Curtis is a caring and responsible individual who has always been there for our family and friends. This incident is completely out of character for him. He has learned a valuable lesson and is committed to contributing positively to society moving forward. A harsh sentence could hinder his ability to continue this path of redemption and personal growth.

As his family, we are committed to supporting him through this challenging time. We believe that with the right guidance and support, he can and will become a productive member of society. A more lenient sentence would allow him to continue his journey of making amends and rebuilding his life.

Thank you for taking the time to read this letter and consider our plea for leniency. We have faith that Curtis will prove himself worthy of a second chance.

Sincerely,

Erica R. Street

# **EXHIBIT 6**

**Letter in Support of Defendant**

**Rylee Wells**

3431 Raven Ave SW
Wyoming, MI, 49509
(616)916-5446
rylee_wells0414@yahoo.com


To: The Honorable Timothy J. Kelly,

My name is Rylee Wells (Pulaski), I'm the wife of Curtis J. Pulaski (CJ). We will be celebrating our five-year wedding anniversary this coming December and have been together for over fourteen years. We first met in seventh grade (Jackson Park Middle School - 2007) and began dating at the end of our freshman year in high school. Together, we have shared many ups and downs throughout the years; as any couple has, and CJ has been nothing but a kind, considerate, and compassionate partner.

January 6, 2021 started out like any other day, with nothing to prepare me for the phone call that I received from my mother-in-law, (Michelle Pulaski) informing me that CJ had been injured at the Capitol; broken back and foot. I was not made aware of the events that had taken place at the U.S Capitol until one of my cashiers had informed me, knowing CJ was there. Thirty minutes later, I received that phone call from Michelle. Many thoughts ran through my mind, but none more than the surprise that CJ would be involved with something like that. It was extremely out of character for him, and is something that I would never have imagined him being a part of. I respect the fact that CJ has pleaded guilty to the crimes that he commented on that day at the Capitol. He has shown great remorse and regret for his actions that day.

As I have stated above, I have known CJ for nearly seventeen-years; since he was thirteen-years old. There is not a person, maybe other than his parents, that knows him better than I do. He is an intelligent individual, who easily picks up any new skill that intrigues him, such as: building computers, repairing different types of phones, and watch repairs. He also trouble-shoots issues with our vehicles, and any plumbing issues we may have in our house. He is extremely motivated to provide a comfortable life for not only himself but for me as well as our new seven-month old son, Sebastian. A few years ago, he was looking to better himself academically and enrolled himself at our local community college. CJ is the main provider for our family, and is very diligent in making sure all our bills are paid on time - we've never had a late payment to date. Even when he was recovering from his injuries, he made sure that the bills were being paid on time. He is a very hands-on father, not shying away from the dirtiest of diapers, and watches him all day on the weekends when I'm working my retail job. He ensures Sebastian is bathed, dressed, takes his naps, has a clean diaper, fed (bottle and solids), and gets all the enrichment a baby needs to develop properly. As a husband and partner, CJ has always been patient, kind, understanding, and loving. He was there to pick me up when I was at

my lowest, and I credit him with giving me the courage and confidence to be myself (something I mentioned in our wedding vows).

I am asking you and the court for leniency in sentencing so he can continue supporting our family, and to be with his family as our son reaches each milestone in his infant years. I am confident that such actions will never be repeated nor will you regret showing leniency. I am available if you need any additional information or clarification.

Sincerely,

**Rylee Wells (Pulaski)**

# EXHIBIT 7

**Letter in Support of Defendant**

Date: June 24, 2024

To: The Honorable Timothy J. Kelly

I am Heather Kooistra and I am Curtis (CJ) Pulaski's older sister. Curtis was born when I was almost 5 years old and the three of us (sister, Erica) were raised by our two wonderful parents, Curt and Michelle Pulaski. The three of us have had the privilege of being raised by parents who have stayed married and have fought to provide a better life than they ever dreamed! I was able to watch and contribute to Curtis (CJ)'s development as a child, an adolescent, young adult, and now husband and father.

First, I understand and acknowledge that Curtis has pled guilty to multiple crimes related to the incident at the Capitol on January 6, 2021. As a sister who loves him and our country, I cannot express how disappointed I am that he chose to participate that day. I can confidently state that given the opportunity to re-make that decision – he would choose differently. He has lived with the consequences of physical injury as well as fear and anxiety surrounding this sentencing since that day. He fully understands that his actions have consequences and has been fully compliant to the requirements of his probation. I am confident he will also fully fulfill the penalties the court deems appropriate due to the crimes committed. He wants to move past this horrible mistake and be able to move forward with the next chapter of his life.

To provide a little more information on Curtis as a person; He has always had love for facts, truth – things he could verify and understand. He found interest and passion for things like computers, mechanics, coding, and history for most of his life. I have been extremely proud of his ability to self-develop / self- teach skills in these areas. He has used those skills to help his family and friends as he has grown – and he now uses them to support his family! Like all of us, Curtis has matured and grown with the stages of life – he is now a wonderful husband and father and a hardworking man. I am proud of the person he has become, even though that growth has sometimes occurred due to mistakes or poor decisions.

I write this letter to ask for leniency in the sentencing that would allow Curtis to continue to provide for his wife (Rylee) and son (Sebastian) financially and that would allow him to continue to be an active father, husband, son and brother.  I have witnessed the change in his heart and can confidently say that now, his primary desire in life is to be the best person he can be for his family!

Thank you very much for your time and consideration of my request! I am available via the contact information below to confirm any of the details contained in this letter.

Sincerely,

Heather Kooistra

(616) 690-4048

Email: Hkooistra 3713@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT a true copy of the foregoing along with 3 letters written on behalf of Mr. Pulaski was filed on ECF on July 18, 2024.

Respectfully submitted,

Nabeel Kibria, Esq.  #1022468
800 Connecticut Ave. NW. STE 323
Washington, DC  20006
(202) 689-4439
nabeel@ervinkibrialaw.com
*Attorney for Curtis Pulaski*

20